# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

Christopher Lamar Victoria
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Kelly Oliver & Lowell Griffin
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 1:25-cv-00294-MOC
*(to be filled in by the Clerk's Office)*

FILED
ASHEVILLE, NC

AUG 29 2025

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Christopher Lamar Victoria
All other names by which you have been known:
ID Number: 315620
Current Institution: Greenville County Detention Center
Address: 20 McGee Street
Greenville, SC 29601
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Kelly Oliver
Job or Title *(if known)*: Detective
Shield Number:
Employer: Henderson County Sheriff's Office
Address: 100 N Grove Street
Hendersonville, NC 28792
City / State / Zip Code
[✓] Individual capacity  [✓] Official capacity

Defendant No. 2
Name: Lowell Griffin
Job or Title *(if known)*: Sheriff
Shield Number:
Employer: Henderson County Sheriff's Office
Address: 100 N Grove Street
Hendersonville, NC 28792
City / State / Zip Code
[✓] Individual capacity  [ ] Official capacity

Defendant No. 3
   Name
   Job or Title *(if known)*
   Shield Number
   Employer
   Address

   _____ _____ _____
   City                  State                Zip Code
   ☐ Individual capacity  ☐ Official capacity

Defendant No. 4
   Name
   Job or Title *(if known)*
   Shield Number
   Employer
   Address

   _____ _____ _____
   City                  State                Zip Code
   ☐ Individual capacity  ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

   A. Are you bringing suit against *(check all that apply)*:

      ☐ Federal officials (a *Bivens* claim)

      ☑ State or local officials (a § 1983 claim)

   B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   Fourth and Fourteenth Amendment of U.S. Constitution

   C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

In Henderson County, November 2020

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Henderson County Jail, June 29th 2024 - January 2025

Case 1:25-cv-00294-MOC    Document 1    Filed 08/29/25    Page 4 of 13

Page 4 of 11

C. What date and approximate time did the events giving rise to your claim(s) occur?

November 2020 & June 24th 2024 - January 2025

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See attached (page 1 & 2)

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

No physical injuries were sustained

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See attached (page 2)

IV Statement of Claim D.

In November 2020, there were a string of burglaries, breaking & enterings, and larcenies in Henderson County, NC. Detective Kelly Oliver, the Defendant #1, headed the investigation for these cases. In his report / probable cause / synopsis of the case, he stated that his investigative led to Christopher Victoria, the plaintiff, being the suspect due to fingerprints found at one of the scene of the crimes and a video showing the suspect, plaintiff Victoria, in the stolen vehicle from one of those cases down the street from the break-ins. This probable cause was sworn to a magistrate who in turn swore of warrants for the plaintiff's arrest. Afterward, Defendant Oliver went to his superior, Sheriff Lowell Griffin, Defendant #2 and the District Attorney's office to obtain an extradition request for Mr. Victoria. Custody of Mr. Victoria was obtained on June 24th, 2024. He was arrested and given a bond of $200,000+. During discovery and pretrial phase, it was discovered that the video Defendant Oliver swore to in his probable cause / synopsis of the case showed Mr. Victoria in the stolen vehicle down the street from the break-ins was never recovered and that he only saw someone in a hoodie. In an affidavit provided to Mr. Victoria through Mrs. Beth Stang, Esq of the Henderson County Public Defender's Office from the DA's office, Defendant Oliver stated that fact and also that the truck he saw was white but could not confirm that it was the stolen vehicle and couldn't confirm that he actually saw the person in hoodie in the vehicle. Defendant Oliver committed perjury in order to obtain an arrest warrant for Mr. Victoria which caused him to be wrongfully confined in the Henderson County Jail for approx 217 days until the cases against him were dismissed with prejudice. Sheriff

Lowell Griffin, Defendant #2, participated in this prosecution of Mr. Victoria by signing off on the extradition request. Without Defendant Oliver committing perjury no arrest warrant would have been able to be issued because by itself the placement of the fingerprints (on the outside of the house) and no timing evidence at most would make Mr. Victoria a person of interest. In January of 2025 Mr. Victoria was released from the Henderson County Jail. During pretrial, Defendant Oliver also kept up this facade by testifying in front of the grand jury in order to have Mr. Victoria indicted. All these things led to the malicious prosecution of the Plaintiff by Defendant Oliver and malicious prosecution by participation of the Plaintiff by Defendant Griffin.

## VI Relief

I would like to be compensated for everyday I was held wrongfully in the Henderson County Jail without cause. I would like to be paid $500 for the 217 days I remained in the custody. I also want Defendant Kelly Oliver to be punished for committing perjury against in the form of punitive damages, the maximum allowed.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes   Both
☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Henderson County Jail

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

   _____

2. What did you claim in your grievance?

   _____

3. What was the result, if any?

   _____

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   _____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

Exhaust state remedies, case dismissed

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

Told Judge during hearing

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

All cases were dismissed with prejudice

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____
    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes
    ☐ No

    If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: August 22nd, 2025

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Christopher Lamar Victoria
Prison Identification #: 315620
Prison Address: 20 McGee Street
Greenville, SC 29601
*City / State / Zip Code*

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
*City / State / Zip Code*
Telephone Number: _____
E-mail Address: _____